UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM E. KULKA, et al.,<br><br>    Defendants. | No. 2: 14-cv-1171 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned.  (ECF No. 4.)

On June 9, 2014, the undersigned denied plaintiff's motions to proceed in forma pauperis due to plaintiff's status as a three strikes litigant under 28 U.S.C. § 1915(g).  (ECF No. 6.)  On July 24, 2014, the undersigned granted plaintiff thirty days to submit the filing fee.  (ECF No. 8.)  In this order, the undersigned warned plaintiff that failure to comply with the order would result in dismissal of this action.  (Id.)

Thirty days passed and plaintiff did not submit the filing fee.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  September 3, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hen1171.dis

1